**Order entered July 19, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00210-CV

## KIRK LAUNIUS, Appellant

## V.

## DIANA FLORES, IN HER OFFICIAL CAPACITY AS PRESIDING OFFICER, CHAIR OF TRUSTEES, OF DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, Appellee

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-08429

## ORDER

By order dated June 16, 2021, we granted appellant's agreed motion to permit submission of part of the clerk's record by stipulation and instructed him to submit, by July 6, 2021, a flash drive containing appellant's original petition, amended petition, second amended petition, and third amended petition. As of today's date, appellant has not submitted the flash drive. Accordingly, we **ORDER** appellant to submit the flash drive **WITHIN TEN DAYS** of the date of

this order.  We caution appellant that if he fails to comply with the order **WITHIN**

**TEN DAYS**, the appeal may be dismissed.  *See* TEX. R. APP. P. 42.3(c).


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE